AO 256 (Rev. 2/86)

**CRIMINAL DOCKET - U.S. District Court** — APPEALED FROM MAG/JUDGE WALLACE W. DIXON (LAST, FIRST, MIDDLE) U.S. VS. McRae, Bruce Wayne

| PO | 417 | 03 | Assigned 1709 | | | | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|
| Misd. ☒ | | | Disp./Sentence | | | | 05 25 93 | 00036 | 01 |
| Felony ☐ | District | Off | Judge/Magistr. | | | | No. of Def's 1 | U.S. MAG. CASE NO. ▶93-98-M-3DI | |

☐ WRIT  ☐ JUVENILE  ☐ ALIAS  OFFENSE ON INDEX CARD▶

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:13-NCGS 20-141(b) | Speeding 61 in 50 zone (Ct. 1) | 1 |
| 18:13-NCGS 20-138.1 | DWI - Level 1 (Ct. 2) | 1 |
| 18:13-NCGS 20-28(a) | Driving with Revoked Driver's License (Ct. 3) | 1 |

## II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE **1/26/93** APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☒ Information ☐ Felony-W/waiver

KEY DATE: a)☐ 1st appears on pending charge /R40  b)☐ Receive file R20/21  c)☐ Supsdg: ☐ Indt ☐ Inf  d)☐ Order New trial  e)☐ Remand  f)☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal ☐ Pled guilty ☐ Nolo (After N.G./After nolo) ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel / ARRAIGNMENT / 1st Trial Ended / RE-TRIAL / 2nd Trial Began / DISPOSITION DATE / SENTENCE DATE / ☐ PTD ☐ Nolle Pros. / FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP / on def motion / on gov motion

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant Issued/Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons Issued/Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE  20  21  40  In  Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

**ATTORNEYS** — U.S. Attorney or Asst. **Capt. Zipprich**
Trishia Taylor, SAUSA - Fort Bragg - 396-1221

Defense: ☒ 1 CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Federal Custody

*234 Palm Springs Drive
Fayetteville, NC  28311

Gale M. Adams, AFPD
Fayetteville, NC
484-0179

Appeal from Judgment (Mag./Judge Dixon)

**BAIL ● RELEASE**

PRE-INDICTMENT
Release Date
☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET  ☐ PSA
$_____  Conditions
Date Set  ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty
☐ Other

POST-INDICTMENT
Release Date
☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.
AMOUNT SET  ☐ PSA
$_____  Conditions
Date Set  ☐ 10% Dep.
☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty
☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | Docket Entries Begin On Reverse Side | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |

| DATE DOCUMENT NO. | Yr | Docket No | Def. | MASTER DOCKET - MULTIPLE DEFENDANT CASE  PAGE___OF___ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date/End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|
| | | | | V. PROCEEDINGS | | | |
| 5/28/93: | | | | The following documents received from Fayetteville Division from Appeal of Judgment - (Mag./Judge Dixon) | | jh | |
| 1/26/93 | 1 | | | Criminal Information | | | |
| 2/8/93 | 2 | | | Order Appointing Counsel | | | |
| 2/17/93 | 3 | | | Notice of Appearance | | | |
| 2/17/93 | 4 | | | Request for Discovery | | | |
| 4/5/93 | 5 | | | Issued notice for Jury Trial 5/17/93 at 10AM in Fay | | | |
| 5/13/93 | 6 | | | Govts Proposed Questions of Voir Dire | | | |
| 5/13/93 | 7 | | | Govts Proposed Jury Instructions | | | |
| 5/13/93 | 8 | | | Defts Request for Voir Dire | | | |
| 5/13/93 | 9 | | | Govts Proposed Witness List | | | |
| 5/18/93 | 10 | | | Consent to Proceed Before US Mag. | | | |
| 5/17/93 | | | | *Jury Trial at Fay Before Judge Dixon (C.R.-Jo Bush) | | | |
| 5/18/93 | 11 | | | Verdict Rendered - guilty on Cts. 1,2 & 3 | | | |
| 5/18/93 | 12 | | | JUDGMENT AND COMMITMENT - BOP - 12 months. on Cts. 1,2 & 3 (judge Dixon) | | | |
| 5/25/93 | 13 | | | NOTICE OF APPEAL - the Judgment sentence entered by Mag. Judge Dixon - (Gale M. Adams) | | jh | |
| 5/28/93 | | | | COPY OF ALL PLEADINGS TO JUDGE MALCOLM J. HOWARD ON THIS DATE. | | jh | |
| 7/30/93 | | | | VOL. TRANSCRIPT - trial day 1 - pages 1 thru 31 at Fay Mon. May 17, 1993 Before Judge Dixon | | jh | |
| 8/6/93 | | | | VOL. TRANSCRIPT - Trial Testimony 5/18/93 Before Judge Dixon at Fay (C.R.-Donna Tomawski) | | jh | |
| 8/20/93 | | | | VOL. TRANSCRIPT - Sentencing - May 18, 1993 at Fay Before Judge Dixon Court Reporter: Donna J. Tomawski - | | jh | |
| 8/27/93 | 14 | | | ORDER - the defts appeal of the sentence is DENIED (Judge Howard) O.B.#21, P.144 c:USA,USPO,JUDGE H.,JUDGE DIXON, GALE ADAMS | | jh | |